Deputy Commissioner Willis dismissed plaintiff's case on defendant's motion for dismissal when plaintiff was neither present nor represented by counsel at the 1 September 1994 hearing. On two previous occasions when this matter had been calendared, plaintiff had not been present although defendants were present. Plaintiff appealed to the Full Commission. At the call of this case for hearing by the Full Commission plaintiff was neither present nor represented by counsel. Defendants, who were present and ready to proceed, moved for dismissal.
IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.
Each side shall bear its own costs.
 S/ ________________________ DIANNE C. SELLERS COMMISSIONER
CONCURRING:
S/ ________________________ THOMAS J. BOLCH COMMISSIONER
S/ ________________________ COY M. VANCE COMMISSIONER